# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21MJ212 |
| | ) | |
| ANTHONY JOSEPH SCIRICA | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 21MJ472 |

FILED
in the Middle District of North Carolina
**June 16, 2021**
**4:48 pm**
Clerk, US District Court
By: _____dmk_____

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court for the District of Columbia 333 Constitution Avenue N.W. Washington D.C. 20001 | Courtroom No.: via Zoom |
|---|---|
| | Date and Time: 6/28/2021 1:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 06/16/2021

*Judge's signature*

Joi Elizabeth Peake, United States Magistrate Judge
*Printed name and title*